## Commonwealth v. Burkett, Appellant.

Argued March 10, 1975. *Lawrence C. Zeger,* with him *Zeger & Zeger,* for appellant; *Edwin D. Strite, Jr.,* Deputy District Attorney, with him *John R. Walker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. DiCicco, Appellant.

Argued March 20, 1975. *Gerald M. Hershenson,* with him *Curtin and Heefer,* for appellant; *Alan M. Rubenstein,* Deputy District Attorney, with him *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Dixon, Appellant.

Argued March 19, 1975. *Peter G. Loftus,* for appellant; *Ernest D. Preate, Jr.,* Assistant District Attorney, with him *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.